**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-2088**

—————————

THOMAS JOSEPH COYNE, Ph.D.,

Plaintiff - Appellant,

versus

JOSEPH MANCHIN, III, Secretary of State of
West Virginia,

Defendant - Appellee.

—————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling. Frederick P. Stamp, Jr.,
District Judge. (CA-04-74-5)

—————————

Submitted: October 4, 2004          Decided: October 20, 2004

—————————

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit
Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Thomas Joseph Coyne, Ph.D., Appellant Pro Se.  William S. Steele,
Deputy Attorney General, Charleston, West Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Thomas Joseph Coyne, Ph.D., appeals the district court's order denying his motion for an expedited preliminary injunction. We grant Coyne's motion for an expedited appeal. We review the denial of preliminary injunctive relief for abuse of discretion. <u>Planned Parenthood v. Camblos</u>, 155 F.3d 352, 359 (4th Cir. 1998) (<u>en</u> <u>banc</u>). We have reviewed the record and find no such abuse of discretion here. Accordingly, we affirm the ruling of the district court. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>